UNITED STATES BANKRUPTCY COURT
NORTHERN   DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: SPAS DRAMALIEV § Case No. 14-19090
§ Hon. A. BENJAMIN GOLDGAR
§ Chapter 7
§
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $352,019.73 | Assets Exempt: | $8,720.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $8,674.02 | Claims Discharged Without Payment: | $674,009.81 |
| Total Expenses of Administration: | $3,325.98 | | |

3) Total gross receipts of $12,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $12,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $438,163.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $3,325.98 | $3,325.98 | $3,325.98 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $28,052.08 | $28,052.08 | $8,674.02 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $230,960.10 | $4,886.71 | $4,886.71 | $0.00 |
| **TOTAL DISBURSEMENTS** | $714,123.10 | $36,264.77 | $36,264.77 | $12,000.00 |

4) This case was originally filed under chapter  7  on 05/21/2014 .
   The case was pending for     10   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/09/2015                                      By: /s/ ALLAN J. DeMARS
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| right, title and interest in Schedule B property; docket 33, | 1129-000 | $12,000.00 |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$12,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | NONE | | $0.00 |
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PNC Bank | 4110-000 | $75,238.00 | $0.00 | $0.00 | $0.00 |
| | Seterus | 4110-000 | $362,925.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$438,163.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Wells Fargo | 2660-000 | N/A | $55.72 | $55.71 | $55.72 |
| Allan J. DeMars | 2100-000 | N/A | $1,950.00 | $1,950.00 | $1,950.00 |
| Allan J. DeMars | 2200-000 | N/A | $15.26 | $15.26 | $15.26 |
| Allan J. DeMars | 3110-000 | N/A | $1,305.00 | $1,305.00 | $1,305.00 |
| | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $3,325.98 | $3,325.98 | $3,325.98 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | IRS | 5800-000 | $0.00 | $6,616.45 | $6,616.45 | $2,045.88 |
| 2 | IL DEPT OF REVENUE | 5800-000 | $0.00 | $21,435.63 | $21,425.63 | $6,628.14 |
| | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $28,052.08 | $28,052.08 | $8,674.02 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | IRS | 7100-000 | $0.00 | $2,055.59 | $2,055.59 | $0.00 |
| 2 | IL DEPT OF REVENUE | 7100-000 | $0.00 | $2,831.12 | $2,831.12 | $0.00 |
| | 2 CLAIMS SCHEDULED WITH NO CLAIM FILED | 7100-000 | $230,960.10 | $0.00 | $0.00 | $0.00 |
| | | | | | | |

UST Form 101-7-TDR (10/1/2010)

| **TOTAL GENERAL UNSECURED CLAIMS** | $230,960.10 | $4,886.71 | $4,886.71 | $0.00 |

**EXHIBIT "A"  FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No. 14-19090                                     Trustee Name: Allan J. DeMars

Case Name: SPAS DRAMALIEV                             Date Filed (f) or Converted (c): 5/21/14(F)

For Period Ending: 3/31/15                            §341(a) Meeting Date: 8/6/14

                                                      Claims Bar Date: 11/7/14- GOVT 11/17/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | residence 4065 W. Morse tenancy by entireties | 344,000.00 | 0.00 | | | FA |
| 2 | interest in BofA joint checking acct | 1,075.00 | 1,075.00 | | 1,075.00 | FA |
| 3 | interest in BofA joint CD | 4,744.73 | 2,075.00 | | 2,075.00 | FA |
| 4 | furniture | 3,500.00 | 1,750.00 | | 1,750.00 | FA |
| 5 | clothes | 500.00 | 0.00 | | | FA |
| 6 | American Family life insurance | 0.00 | 0.00 | | | FA |
| 7 | SEP IRA at JP Morgan Chase | 1,820.00 | 0.00 | | | FA |
| 8 | Master Trade, Inc. | 5,100.00 | 5,100.00 | | 5,100.00 | FA |
| 9 | 2001 BMW | 2,000.00 | 1,000.00 | | 1,000.00 | FA |
| 10 | 2005 Acura | 10,000.00 | 1,000.00 | | 1,000.00 | FA |

TOTALS (Excluding unknown values)                    12,000.00                    12,000.00

                                                                (Total Dollar Amount in Column 6)

Major activities affecting case closing: estate's right, title and interest being sold back to debtor

Initial Projected Date of Final Report (TFR): December, 2014    Current Projected Date of Final Report (TFR): 12/17/14

EXHIBIT "A" - FORM 2
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 14-19090  
Case Name: SPAS DRAMALIEV  
Taxpayer ID#: XX-XXX8093  
For Period Ending: 3/31/15  

Trustee's Name: Allan J. DeMars  
Bank Name: Wells Fargo  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable): _____  
Checking acct#: XXXXXX7128  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 9/19/14 | Ref 2,3,4,8 | from debtor | initial installment re purchase of estate's right, title and interest in non and partially exempt assets DOCKET 33,34 | 1129-000 | 6,000.00 | | 6,000.00 |
| 9/30/14 | | Wells Fargo | bank servicve charge | 2660-000 | | 5.00 | 5,995.00 |
| 10/16/14 | Ref 2,3,4,8 | from debtor | installment re purchase of estate's right, title and interest in non and partially exempt assets DOCKET 33,34 | 1129-000 | 2,000.00 | | 7,995.00 |
| 10/30/14 | Ref 2,3,4,8 | from debtor | installment re purchase of estate's right, title and interest in non and partially exempt assets DOCKET 33,34 | 1129-000 | 2,000.00 | | 9,995.00 |
| 10/31/14 | | Wells Fargo | check printing charge | 2600-000 | | 40.72 | 9,954.28 |
| 10/31/14 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 9,949.28 |
| 11/30/14 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 9,944.28 |
| 12/2/14 | Ref 2,3,4,8 | from debtor | installment re purchase of estate's right, title and interest in non and partially exempt assets DOCKET 33,34 | 1129-000 | 2,000.00 | | 11,944.28 |
| 12/31/14 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 11,939.28 |
| 1/5/15 | | Wells Fargo | reversal of service charge | 2600-000 | | (5.00) | 11,944.28 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 2/4/15 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 1,950.00 | 9,994.28 |
| 2/4/15 | Check 1002 | Allan J. DeMars | expenses | 2200-000 | | 15.26 | 9,979.02 |
| 2/4/15 | Check 1003 | Allan J. DeMars | attorney's fees | 3110-000 | | 1,305.00 | 8,674.02 |
| 2/4/15 | Check 1004 | Internal Revenue Service | 507(a)(8) | 5800-000 | | 2,045.88 | 6,628.14 |
| 2/4/15 | Check 1005 | Illinois Department of Revenue | 507(a)(8) | 5800-000 | | 6,628.14 | 0.00 |

```
                                         COLUMN TOTALS    12,000.00   12,000.00         0.00
                       Less: Bank transfers/CD
                        Subtotal
                       Less: Payments to debtor(s)
                       Net                               12,000.00   12,000.00         0.00

                                                                         NET
        TOTAL - ALL ACCOUNTS                    NET  DEPOSITS     DISBURSEMENTS     BALANCES
        Checking# XXXXXX7128                        12,000.00        12,000.00         0.00
        Net                                         12,000.00        12,000.00         0.00
                                              Excludes account   Excludes payments  Total Funds
                                                 transfers          to debtor         on Hand
```